UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

LUDMILA PATLAKH

    Plaintiff

v.

No.: 11-5171

TAKHAR COLLECTION SERVICES,
LTD., a/k/a THE TAKHAR GROUP
a/k/a TAKHAR INVESTMENTS

    Defendant

FILED
SEP 16 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## REQUEST FOR DEFAULT JUDGMENT

To the Clerk of Court:

Please enter a Default Judgment in favor of Plaintiff, Ludmila Patlakh and against Defendant, Takhar Collection Services, LTD., a/k/a The Takhar Group a/k/a Takhar Investments.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215) 364-4900
Attorneys for Plaintiff

Date: 9/15/11