UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUDMILA PATLAKH | |
| Plaintiff | No.: 11-5171 |
| v. | |
| TAKHAR COLLECTION SERVICES, LTD a/k/A THE TAKHAR GROUP a/k/a TAKHAR INVESTMENTS | FILED DEC 2 3 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| Defendant | |

**Praecipe to Voluntarily Dismiss Case**

To the Clerk of Court:

    Plaintiff hereby Voluntarily Dismisses the above captioned case. Kindly mark the docket accordingly.

DATE: 12/22/11

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
TOVA WEISS, ESQUIRE
Attorney for Plaintiff,
Ludmila Patlakh
648 2nd Street Pike
Southampton, PA 18966
215-364-4900

APPROVED: _____

Dated: 1-5-12

J.